THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORDAN KASTEL, *et al.*, | CASE NO. C23-0684-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CASCADE LIVING GROUP MANAGEMENT, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for Defendant to respond to Plaintiffs' complaint. (Dkt. No. 14.) Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the court may, for good cause, grant a time extension if such a request is made before the original deadline has passed. Here, the parties stipulate to the extension and indicate such an extension will not conflicting with any other deadlines previously set by the Court. Accordingly, the Court EXTENDS Defendant's deadline to respond to Plaintiffs' complaint to July 6, 2023.

//

//

MINUTE ORDER
C23-0684-JCC
PAGE - 1

DATED this 6th day of June 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
C23-0684-JCC
PAGE - 2