The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JORDAN KASTEL and STORMIE HOY, Individually and for Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CASCADE LIVING GROUP MANAGEMENT, LLC, a Washington limited liability company,<br><br>            Defendant. | Case No: 2:23-cv-00684-JCC<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**NOTED FOR HEARING: JUNE 18, 2024** |

Pursuant to Loal Rules 7(d)(1) and 10(g), Plaintiffs and Defendant jointly move for an extension of time to file the Motion for Preliminary Approval. The Parties stipulate to and request an extension to three (3) weeks after the current deadline from, June 18, 2024, until Friday, July 12, 2024.

The Parties filed a Joint Notice of Class and Collective Action Settlement on April 19, 2024. *See* ECF No. 25. That notice indicated "Plaintiff anticipate[d] filing a motion for preliminary approval, together with supporting documentation, within sixty calendar days," *i.e.*, by June 18, 2024.

This is the first request for an extension of time for the deadline to move for preliminary approval of the settlement.

The parties have made substantial progress toward finalizing the settlement agreement, class notice, and FLSA opt-in claim form.

STIPULATED MOTION FOR EXTENSION OF TIME – Page 1

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100

1    The parties have conferred and agree to request a modest extension of time to submit the

2    motion for preliminary approval and supporting documents, and agree that July 12, 2024 is a

3    reasonable accommodation to allow the Parties to finalize the relevant materials.

4    No other dates or deadlines would be altered by this proposed extension of time.

5    Respectfully and jointly submitted on June 18, 2024 by:

6    /s/ William M. Hogg                          /s/ Erin M. Wilson (w/ permission)

7    Michael A. Josephson (*Pro Hac Vice*)        Erin M. Wilson, WSBA # 42454
     Andrew W. Dunlap (*Pro Hac Vice*)            Taylor Washburn, WSBA # 51524
8    William M. Hogg (*Pro Hac Vice*)             **LANE POWELL PC**
     **JOSEPHSON DUNLAP LLP**                     1420 Fifth Avenue, Suite 4200
9    11 Greenway Plaza, Suite 3050                P.O. Box 91302
     Houston, Texas 77046                         Seattle, Washington 98111
10   Tel: (713) 352-1100                          Telephone: (206) 223-7000
     mjosephson@mybackwages.com                   Facsimile: (206) 223-7107
11   adunlap@mybackwages.com                      wilsonem@lanepowell.com
     whogg@mybackwages.com                        washburnt@lanepowell.com
12
     Michael C. Subit, WSBA # 29189
13   **FRANK FREED SUBIT & THOMAS LLP**           *Counsel for Defendant*
     705 Second Avenue, Suite 1200
14   Seattle, Washington 98104
     Tel: (206) 682-6411
15   msubit@frankfreed.com

16   Richard J. (Rex) Burch*
     **BRUCKNER BURCH PLLC**
17   11 Greenway Plaza, Suite 3025
     Houston, Texas 77046
18   Tel: (713) 877-8788
     rburch@brucknerburch.com
19
     William C. (Clif) Alexander (*Pro Hac Vice*)
20   Austin W. Anderson (*Pro Hac Vice*)
     Carter T. Hastings (*Pro Hac Vice*)
21   **ANDERSON ALEXANDER PLLC**
     101 N. Shoreline Blvd., Ste. 610
22   Corpus Christi, Texas 78401
     Tel: (361) 452-1279
23   clif@a2xlaw.com
     austin@a2xlaw.com
24   carter@a2xlaw.com

25   * - *Pro hac vice application forthcoming*

26   *Attorneys for Plaintiff, Class, and Collective
     Members*

27

28

1

**[~~PROPOSED~~] ORDER**

2

**IT IS SO ORDERED.**

3

Plaintiffs shall file their Motion for Preliminary Approval no later than July 12, 2024.

4

5

6

7    Dated: June 18, 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR
EXTENSION OF TIME –
Page 3

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100