The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JORDAN KASTEL and STORMIE HOY, Individually and for Others Similarly Situated, <br><br>Plaintiffs, <br><br>vs. <br><br>CASCADE LIVING GROUP MANAGEMENT, LLC, a Washington limited liability company, <br><br>Defendant. | Case No: 2:23-cv-00684-JCC <br><br> [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPOVAL <br><br>**Noted for Hearing: July 11, 2024** |

The Court is in receipt of the Parties' Stipulated Motion for Extension of Time to File Motion for Preliminary Approval (ECF No. 28). In consideration of the Stipulated Motion and for good cause shown, the Motion is GRANTED. Plaintiffs shall file their Motion for Preliminary Approval no later than July 19, 2024.

Dated: July 15, 2024

_____
THE HONORABLE JOHN C. COUGHENOUR
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME – 1

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100